UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| KINTA HOLLINS, | ) | CASE NO.: C06-1225-MJP |
| Plaintiff, | ) | |
| v. | ) | ORDER DENYING PLAINTIFF'S *IN FORMA PAUPERIS* APPLICATION AND DISMISSING COMPLAINT WITH PREJUDICE |
| METRO TRANSIT DIVISION, et al., | ) | |
| Defendants. | ) | |

The Court, having reviewed plaintiff's application to proceed *in forma pauperis*, proposed complaint, and motion for appointment of counsel, as well as the report and recommendation issued by Judge Theiler, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's application to proceed *in forma pauperis* and motion for appointment of counsel are DENIED, and the proposed complaint and this action are DISMISSED with prejudice; and,

/ / /

/ / /

01      (3)     The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

02      DATED this 26th day of September, 2006.

03

04                              s/Marsha J. Pechman
                                MARSHA J. PECHMAN
                                United States District Judge

ORDER DENYING PLAINTIFF'S *IN FORMA*
*PAUPERIS* APPLICATION AND DISMISSING
COMPLAINT WITH PREJUDICE
PAGE -2